DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 












                NO. 12-06-00047-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

BILLY
JOE MOORE,           §          APPEAL FROM THE 241ST

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE
STATE OF TEXAS,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellant has filed a motion to dismiss this appeal.  The motion is signed by Appellant and his
counsel.  No decision having been
delivered by this Court, the motion is granted, and the appeal is dismissed in
accordance with Texas Rule of Appellate Procedure 42.2.

Opinion
delivered March 8, 2006.

Panel
consisted of Worthen, C.J., Griffith, J., and DeVasto, J.

 

 

 

 

 

 

(DO NOT PUBLISH)











 
 
 
 
 
 
 


 

 

 

 

 



[1] 

COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT OF
TEXAS

JUDGMENT

 

MARCH 8, 2006

 

NO. 12-06-00047-CR

 

BILLY JOE MOORE,

Appellant

V.

THE STATE OF TEXAS,

Appellee

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



  Appeal from the
241st Judicial District Court

 
of Smith County, Texas. (Tr. Ct. No. 241-1779-04)

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 

 



                                    THIS CAUSE
came on to be heard on the motion of the Appellant to dismiss the appeal
herein, and the same being considered, it is hereby ORDERED, ADJUDGED and
DECREED by this Court that the appeal be Dismissed,
and that this decision be certified to the court below for observance.

                                    By
per curiam opinion.

              Panel
consisted of Worthen, C.J., Griffith, J., and DeVasto, J.













 [1]J.22         CRIM DISMISS - NOA WITHDRAWN - ISSUE
MANDATE IMMEDIATELY

 

             Do not use for Indigent Appellant
- Appellant pays costs